1
2
3
4
5
6
7
8
## UNITED STATES DISTRICT COURT
9
### EASTERN DISTRICT OF CALIFORNIA
10

11  OSCAR ALCARAZ,                     ) Case No.: 1:19-cv-0165 - JLT
                                       )
12              Plaintiff,             ) ORDER GRANTING PLAINTIFF'S REQUEST
                                       ) FOR AN EXTENSION OF TIME
13       v.                            )
                                       ) (Doc. 8)
14  ANDREW M. SAUL[1],                 )
    Commissioner of Social Security,   )
15                                     )
                Defendant.             )
16  _____ )

17       On July 8, 2019, Plaintiff filed a stipulation of the parties to extend the time to file an opening

18  brief until August 19, 2019.  (Doc. 8)  Notably, the Scheduling Order allows for a single extension of

19  thirty days by the stipulation of the parties (Doc. 3 at 3), and this is the first extension requested by

20  either party.  Accordingly, the Court **ORDERS:**

21       1.      The request for an extension of time (Doc. 8) is **GRANTED**; and

22       2.      Plaintiff **SHALL** file an opening brief no later than **August 19, 2019**.

23

24  IT IS SO ORDERED.

25       Dated:   __July 11, 2019__                    _____/s/ Jennifer L. Thurston_____
26                                                      UNITED STATES MAGISTRATE JUDGE

27  ─────────────────────

28       [1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. The
    Court has substituted Andrew M. Saul, the newly appointed Commissioner, in her place. *See* Fed. R. Civ. P. 25(d).

1