# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ALCARAZ JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:19-cv-0165 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED SEPTEMBER 24, 2019 <br><br> (Doc. 11) |

On September 24, 2019, the Court directed the Commissioner of Social Security to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's order to serve a response to Plaintiff's confidential letter brief and file proof of service. (Doc. 11) In the alternative, the Court required the Commissioner to file proof of service of a responsive brief within fourteen days. (*Id.* at 2) On October 7, 2012, the Commissioner served Plaintiff with a response and filed proof of service with the Court. (Doc. 12) Accordingly, the order to show cause dated September 24, 2019 (Doc. 11) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **October 11, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1