**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR ALCARAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:19-cv-165 - JLT <br><br> ORDER GRANTING DEFENDANT'S REQUEST FOR A SECOND EXTENSION OF TIME <br><br> (Doc. 15) |

On November 27, 2019, the Commissioner filed a stipulation of the parties for an extension of time, requesting the deadline to respond to Plaintiff's opening brief be extended to January 17, 2020. (Doc. 15) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5 at 4), which was previously used by Plaintiff in this action. (Docs. 8, 9)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 3 at 3) Accordingly, the Court construes the stipulation of the parties to be a motion by the Commissioner for modification of the scheduling order. The Commissioner asserts the extension is necessary "[d]ue to unanticipated leave and [a] heavy caseload." (Doc. 15 at 1) In addition, counsel reports she anticipates leave for the Thanksgiving holiday from November 28, 2019 to December 6, 2019 and again from December 23, 2019 to December 31, 2019." (*Id.*) Plaintiff does not oppose the request. (*See id.* at 2) Furthermore, it does not appear Plaintiff would suffer prejudice for the delay.

1

Accordingly, the Court **ORDERS**:

1. The request for a second extension of time (Doc. 15) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the opening brief no later than **January 17, 2020**; and
3. The Commissioner is advised no further extensions of time will be granted without the filing of a motion supported by exceptionally good cause.

IT IS SO ORDERED.

Dated: **December 2, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE