# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ALCARAZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:19-cv-165 - JLT <br><br> ORDER GRANTING DEFENDANT'S REQUEST FOR A FOURTH EXTENSION OF TIME <br><br> (Doc. 19) |

On February 17, 2020, the Commissioner filed a motion for a fourth extension of time in this action, seeking an additional eleven days to file a response to Plaintiff's opening brief, which was filed November 5, 2019. (*See* Docs. 19, 14) Previously, the Court directed the Commissioner to "file a response to the opening brief no later than **February 14, 2020**," and informed the Commissioner that no further extensions of time would be granted absent a showing of exceptionally good cause, which would not include counsel's workload. (Doc. 31) (emphasis in originally)

Tina Naiker, counsel for the Commissioner, asserts there is exceptionally good cause for the extension because she "was on leave on the date of the filing deadline" and "did not realize the filing date." (Doc. 19 at 1) Ms. Naiker reports that exceptionally good cause exists because a physician "advised [her] to be on part-time work based on a five-hour restriction due to her wrist injury for an additional six weeks due to a possible tear in her ligament and nerve and/or soft-tissue damage" to her dominant wrist. (*Id.* at 2) Ms. Naiker asserts that she "attempted to diligently finalize Defendant's

response, but needs additional time due to her work restrictions." (*Id.*)  In addition, she asserts that she contacted counsel for Plaintiff, who does not oppose the additional extension. (*Id.*; *see also* Doc. 19-1 at 2, ¶ 4) The Court will grant one final extension of time to the Commissioner in this action to respond to the opening brief, as Plaintiff does not oppose the request.  Accordingly, the Court **ORDERS**:

1. The request for a fourth extension of time (Doc. 19) is **GRANTED**; and
2. The Commissioner **SHALL** file a response to the opening brief no later than **February 25, 2020**; and
3. The Commissioner is advised that no further extensions will be granted, and if a response is not filed by the deadline as ordered, the matter will be decided without any comment from the Commissioner.

IT IS SO ORDERED.

Dated: __**February 19, 2020**__           _____/s/ Jennifer L. Thurston_____
                                        UNITED STATES MAGISTRATE JUDGE